**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Paula Gallagher | ) | Case no. 23-00107 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

Paula Gallagher
2047 Chatham Dr
Wheaton, IL  60189

VW LAW LLC
1755 Park St #200
Naperville, IL 60563

## NOTICE OF MOTION

Please take notice that on Friday, March 8, 2024 at 9:15 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, either in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below and present the Trustee's motion a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **160 731 2971** and the passcode is **587656.**  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/ Pamela L. Peterson
For:  Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Paula Gallagher | ) | Case no. 23-00107 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Judge: Janet S. Baer |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Carrie ODonnell, certify [if an attorney]/ declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown below at the address shown and by the method indicated on February 14, 2024.

VW LAW LLC
1755 Park St #200
Naperville, IL 60563

via CM/ECF

Paula Gallagher
2047 Chatham Dr
Wheaton, IL  60189

U.S. mail

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/ Carrie ODonnell
For:  Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Paula Gallagher | ) | Case no. 23-00107 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

### MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on January 05, 2023.
2. The debtor's plan was confirmed on June 16, 2023.
3. Initial plan term: 60 Months.
4. Months since petition filed: 13.
5. Report date: February 13, 2024.

A Summary of the debtor's plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $2,550.00 | Last Payment Received: | February 07, 2024 |
| Amount Paid: | $24,894.24 | Amount Delinquent: | $8,219.51 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

/s/ Pamela L. Peterson
For: Glenn Stearns, Trustee