UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | No. 23-00107 |
| Paula Gallagher, ) | Janet S. Baer |
| ) | Chapter 13 |
| Debtor(s). ) | DuPage |

**NOTICE OF MOTION**

To:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **May 3, 2024** at **9:30 AM**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, either in **Courtroom 615** of the **Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or** electronically as described below, and present the motion of Debtor's to Modify Plan, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and passcode.** The meeting ID for this hearing is: **160 731 2971, Passcode is 587656**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Vaughn White
Vaughn White
VW LAW LLC
Attorney for Debtor(s)
1755 Park St, Suite 200
Naperville, IL  60563
312-888-0131
vaughn@vaughnwhite.com
ARDC # 6198291

1

CERTIFICATE OF SERVICE

      I, Vaughn A. White, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on March 28, 2024.

                                          /s/ Vaughn White
                                          Vaughn White

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-00107<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr  7 16:59:03 CDT 2023 | Bridgecrest Acceptance Corporation c/o AIS<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | DuPage Credit Union<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (c)ACHIEVE<br>2114 S FREEDOM WAY<br>TEMPE AZ  85288-6230 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Avant<br>Attn: Bankruptcy<br>Po Box 9183380<br>Chicago, IL 60691-3380 | Barclays Bank<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 |
| Bridgecrest Acceptance Corp<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa, AZ 85209-3324 | Bridgecrest Acceptance Corporation<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Carvana, LLC / Bridgecrest c/o AIS Portfolio<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | DuPage Credit Union<br>Bankruptcy Department<br>P.O. Box 3930<br>Naperville, IL 60567-3930 |
| Dupage Credit Union<br>Attention: Bankruptcy Department<br>Po Box 3930<br>Naperville, IL 60567-3930 | FreedomPlus<br>Attn: Bankruptcy<br>Po Box 2340<br>Phoenix, AZ 85002-2340 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 |
| Grant  & Weber<br>6586 S. Fort Apache Road Suite 110<br>Las Vegas, NV 89148-7682 | Harris & Harris<br>111 West Jackson Blvd Suite 400<br>Chicago, IL 60604-4135 | Hilton Grand Vacation Club<br>PO Box 402705<br>Atlanta, GA 30384-2705 |
| Hilton Resorts Corporation<br>6355 Metrowest Blvd., Suite 180<br>ORLANDO, FL 32835-7606 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Laurette Rondenet/MaryLyn Patterson<br>2443 Warrenville Rd Suite 150<br>Lisle, IL 60532-4351 |
| Mastercard<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Mastercard Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Michael Gallagher<br>2047 Chatham Drive<br>Wheaton, IL 60189-5860 |

| | | |
|---|---|---|
| (p)NATIONWIDE CREDIT AND COLLECTION INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 | Northwestern Medicine<br>PO Box 4090<br>Carol Stream, IL 60197-4090 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis, MO 63166-0108 | Upstart Finance<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | Visa<br>PO Box 60500<br>City of Industry, CA 91716-0500 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Paula Gallagher<br>2047 Chatham Drive<br>Wheaton, IL 60189-5860 | Vaughn A White<br>White Law Offices, PC<br>954 W. Washington Blvd.<br>Suite 625<br>Chicago, IL 60607-2211 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Nationwide Credit & Collections, Inc<br>Attn : Bankruptcy<br>815 Commerce Dr Ste 270<br>Oak Brook, IL 60523 | Portfolio Recovery Associates, LLC<br>c/o Banana Republic<br>POB 41067<br>Norfolk VA 23541 |
| VON MAUR<br>6565 BRADY ST<br>DAVENPORT, IA 52806 | (d)Von Maur<br>Attn: Bankruptcy<br>6565 N Brady St<br>Davenport, IA 52806 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Achieve
2114 E Rio Salado Blvd
Tempe, AZ 85281

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Grant & Weber
6586 S. Fort Apache Road Suite 110
Las Vegas, NV 89148-7682

(u) Hiltonresortscorp/hgv

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Paula Gallagher, | Case No 23-00107 |
| | Judge Janet S Baer |
| Debtors. | |

### MOTION TO MODIFY PLAN PAYMENTS

NOW COMES Debtor PAULA GALLAGHER, by and through her attorney, Vaughn A. White, and in support of his motion to modify plan payments, states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On January 5,2023, Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on June 16,2023.

3. The Debtor's current Chapter 13 plan payments are $2550.00 per month for 60 months.

4. The Debtor is past due $8,219.51 as of February 13, 2024.

5. Debtor has paid at least $24,894.24 into his Chapter plan, but is still in arrears on the plan.

6. The Debtor proposes to modify his Chapter 13 plan pursuant to 11 USC § 1329 to cure the default.

7. Debtor proposes to make a Good Faith Payment to her Attorney in the amount of $2550.00.

WHEREFORE, the Debtor, PAULA GALLAGHER , prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan to cure the existing default and for such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Vaughn A. White
        _____

        Vaughn A. White

Vaughn A. White
White Law Offices, PC
Attorney for Debtor
954 W. Washington Blvd., Suite 625
Chicago, IL  60607
312-243-6200
vaughn@vaughnwhite.com
ARDC # 6198291

2